UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Nathaniel Collins

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

C.O Foldvick   C.O. Antongiol
C.O. Reyes   C.O Santiago
Sgt Scott   C.O. Gommone
C.O Childress   Nurse RN. Stanford
C.O. Morris

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

14 CV 4533

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I.   **Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name   Nathaniel R. Collins
              ID #   13-A-4944
              Current Institution   Sullivan C.F.
              Address   P.O. Box 116
                       Fallsburg N.Y. 12733

B.   List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name   C.O. Foldvick   Shield # _____
                  Where Currently Employed   Downstate C.F.
                  Address   Box F Red School House Rd
                           Fishkill NY 12524

Rev. 05/2010                                    1

Defendant No. 2  Name _C.O. Antongiuoc_ Shield #____
Where Currently Employed _Downstate C.F._
Address _Box F Red Schoolhouse Rd_
_Fishkill NY 12524_

Defendant No. 3  Name _C.O. Reyes_ Shield #____
Where Currently Employed _Downstate C.F._
Address _Box F Red Schoolhouse Rd_
_Fishkill NY 12524_

Defendant No. 4  Name _C.O. Santiango_ Shield #____
Where Currently Employed _Downstate C.F._
Address _Box F Red Shchool House Rd_
_Fishkill NY 12524_

Defendant No. 5  Name _Sgt Scott_ Shield #____
Where Currently Employed _Downstate C.F._
Address _Box F Red Schoolhouse Rd_
_Fishkill NY 12524_

## II.    Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  In what institution did the events giving rise to your claim(s) occur?

_Downstate C.F._

B.  Where in the institution did the events giving rise to your claim(s) occur?

_Main Clinic_

C.  What date and approximate time did the events giving rise to your claim(s) occur?

_11/12/13 about 7:PM_

SHEET #2    Defendants

Defendant No. 6    C.O. MORRIS
Where currently employed → Downstate C.F.
Address  Box F Redschool House Rd
Fishkill N.Y. 12524

Defendant No. 7  (CO Childress)
Where currently employed   Downstate C.F
Box F Redschool House Rd
Fishkill NY 12524

Defendant No. 8  CO GOMMONE
Where currently employed → Downstate C.F
Box F Redschool House Rd
Fishkill N.Y 12524

Defendant No. 9  RN Nurse LANFORD
Where currently employed → Downstate C.F
Box F Redschool House Rd
Fishkill NY 12524

D. Facts:

**What happened to you?** On 11/12/13 I was HandCuff Beaten Repeatedly Kicked in my left leg thrown down the steps in Handcuffs Both of my wrists are Badly Broken and was Threaten if I say A word it would Be Hurt very Badly

**Who did what?** (Please see attached Sheet #2, #3) (They Threaten my life)

**Was anyone else involved?** (Just the Person's that listed above)

**Who else saw what happened?** With all that was going On I only saw the Officer (above)

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. to day date 2/23/14 MRI Right wrist still Broken in (Cask) (going to have Surgery) left hand Trigger Finger (needs Surgery) left leg Badly Bruise from the Kicking (Cast on 4 Month they) will Heal with Rest still swollen (in wheel Chair) (see medical Records)

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes ✓   No ___

#2 C.O. Folduck slammed me face first up against the wall

Who did what to you? CO Folduck Once my head was on the Wall C.O. Folduck put Me In a Head lock He was Kicking Me spit On me

C.O. Antongiovi - Kick Me In my Nuts Slap Me Punch me in my face

C.O. Reyes, C.O. Santiago - they Both were On each Side of Me Bending my wrists (while I'm In Cuffs) Repeatedly Kicking me Punching me In my face all the way to SHU From Clinic Bending Both wrists upward until they Poped. Laughing all the way Saying Luckey If this was ATTICA C.F. you Be Dead. (I've BEEN to ATTICA C.F. TWICE NO PROBLEM)

Sgt. Scott - Watched while CO Reyes & C.O. Santiago Beat on me From Clinic to SHU she was the Look out They was Kicking me From Both Sides left & Right (They THREATEN ME NOT to say nothing)

C.O. Gommone - was their Helping me as well Punches.

C.O. Childress - Seen what C.O. Folduck had done then put cuff's on me Punch me in the Back of my Head as well

R.N. S. Lanford - Took my Blood Sugar (61) She Knew it was Low She address it with C.O. Antongiovi this is when THE Assult By Staff occur she was Present Threw in SHU no meds for my Type II Dicbetic that night THE Nurse Knew it did NOT Help ME."

\# 3 Sheet

Who did what to you?

C.O. MORRIS was also punching me while I was in Hand Cuffs! And was kicking me also in my left "leg".

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _Downstate C.F. Sullivan C.F._

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓    No ___    Do Not Know ___

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ___    No ✓    Do Not Know ___

   If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ✓    No ___

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ✓    No ___

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _Downstate C.F._

   1. Which claim(s) in this complaint did you grieve? _I was assulted By Staff_

   2. What was the result, if any? _Appeal to Superintent to go to Albany I.G. has the Greivance (They are Six Month Behind)_

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _(as per Please See Attached) I was in Tran From Sullivan C.F. Greivance (Supt) That it in Albany And they are Six Month Behind this is Wrong)_

F. If you did not file a grievance:

   1. If there are any reasons why you did not file a grievance, state them here: _____

   _____
   _____
   _____
   _____

   2. If you did not file a grievance but informed any officials of your claim, state who you informed,

*Rev. 05/2010*                                          4

when and how, and their response, if any: I did File Grievance Jue address it to Sullivan C.F. Grievance (Supv) He (Faxed) it Back to Downstate C.F Grievance (Supv) to go to Albany I.G. Has it (waiting for cord no respond)

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Jue spoken to Grievance (Supv) at Sullivan C.F. to fax my Grievance Back to Downstate C.F Grievance (Supv) to Send to (Albany) Sullivan C.F. Grievance (Supv) call Albany to check on Grievance at the

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies. (Please See Attached)

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I want to Sue These officer's Individual And Offical Capacity I want Compensatory damages for Pain @ Suffering for the 4 Month Cask MRF Surgery Mental pain as well I have Night Mares

Puntive damages From C.O. Reyes C.O. Santigo Sgt Scott for the Beating Jue Rec coming from Clinic to SHU with Sgt Scott watched.

3.4 Million Compenstory Damages

200,000 From C.O. Reyes
200,000 From C.O. Santigo       Puntives Damages
200,000 From C.O. Foldwick      From These officers

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No  X

| STATE OF NEW YORK DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION INMATE GRIEVANCE PROGRAM SUPERINTENDENT | GRIEVANCE NO. DSR 12.901-13 | DATE FILED 11/22/13 |
|---|---|---|
| | FACILITY Downstate Correctional Facility | POLICY DESIGNATION I |
| | TITLE OF GRIEVANCE Assaulted by Officers | CLASS CODE 49 |
| | SUPERINTENDENT'S SIGNATURE [signature] | DATE 11/27/13 |
| GRIEVANT Collins, Nathaniel | DIN # 13A4944 | HOUSING UNIT HS-IS-02 |

Grievance is under investigation by I.G.

## APPEAL STATEMENT

If you wish to refer the above decision of the Superintendent, please sign below and return this copy to your inmate Grievance Clerk. You have seven (7) calendar days from receipt of this notice to file your appeal. Please state why you are appealing this decision to C.O.R.C.

#1 Some of the officer's That assulted ME was on the outside Tr[?] with ME now I'm in Downstate Hospital Being Threaten, my Mail my food is Being play with by these officer's (no Phone) I want the Ticket dismissed No one from I.G. can I what out of Downstate C.F. ASAP put in G.P at Eastern CF or Sing Sing to see me (for medical) w/[?]

Nathaniel R Collins — Grievant's Signature      12/3/13 — Date

Grievance Clerk's Signature _____      Date _____

FORM 2133A (Rev. 2/89)

P.S. #2 On 11/12/13 I come to the facility Type II I Battles Finger Stix was low (61) it was the Nurse jobs to make sure I eat to get my sugar up she said tell the officer (This is wrong) officer said I don't have shit for you I was Beaten put in the SHU on 11/12/13 almost died that night in the SHU This is wrong Ticket must be dismissed

(Please Fax with Greivance)

Nathaniel Collins 13A4944
Sullivan Correctional Facility
P.O. Box 116
Falls Burg   New York 12733

December 27, 2013

1) Downstate C.F.
   Greivance (Supv)

RE: #2 Copie of Greivance
    Sive mail to you before
    I went on Draft
    11/12/13

1) cc: Ms. Wason

I'm writing to you in this important matter in which I've mailed you the Greivance on 11/12/13 before I went on the Draft. You came to see me in the hospital you seen how bad I was beaten. Now the Greivance (Supv) here at Sullivan CF is Faxing you a copie please forward it to Albany This is "Wrong"

CC: Lawyer
CC: File
CC Greivance S.C.F.

| | Grievance Number<br>DSR-12901-13 | Desig./Code<br>I/49 | Date Filed<br>11/20/13 |
|---|---|---|---|
| STATE OF NEW YORK<br>DEPARTMENT OF<br>CORRECTIONS AND<br>COMMUNITY<br>SUPERVISION | Associated Cases | | |
| | Facility<br>Downstate (R) Correctional Facility | | |
| INMATE GRIEVANCE PROGRAM<br>CENTRAL OFFICE REVIEW COMMITTEE | Title of Grievance<br>Assaulted By Officers | | |

4/30/14

**GRIEVANT'S REQUEST UNANIMOUSLY ACCEPTED IN PART**

Upon full hearing of the facts and circumstances in the instant case, the action requested herein is hereby accepted only to the extent that CORC upholds the determination of the Superintendent for the reasons stated.

CORC notes that the grievant's allegations are being investigated by the Office of the Inspector General (IG) under #IAD-13-1737. CORC advises the grievant that he may write to the IG for information, and that any further action will be taken at the discretion of that office.

CORC notes that Directive #4040, § 701.1, states, in part, that the grievance program is not intended to support an adversary process, and asserts that monetary damages are not an available remedy through the inmate grievance mechanism.

CORC advises the grievant that he may initiate a Freedom of Information Law Request (FOIL) for consideration to obtain the documents he is requesting in accordance with existing Facility procedures.

With respect to the grievant's appeal, CORC notes that he has raised a separate issue in his appeal statement that was not addressed in his original complaint. This issue could be the subject of a separate grievance. CORC also notes that the disciplinary appeal mechanism afforded him the opportunity to remedy any factual or procedural errors in his report, and that the disposition was affirmed by the Office of SHU/Inmate Discipline on 2/21/14.

MPS/tll

------

**DOWNSTATE C.F.**
**GRIEVANCE**
**JUN - 3 2014**
**RECEIVED**

This document has been electronically signed by Karen R. Bellamy



STATE OF NEW YORK
**DEPARTMENT OF CORRECTIONS
AND COMMUNITY SUPERVISION**

THE HARRIMAN STATE CAMPUS – BUILDING 2
1220 WASHINGTON AVENUE
ALBANY, N.Y. 12226-2050

ANTHONY J. ANNUCCI
ACTING COMMISSIONER

March 1, 2014

Mr. Nathaniel Collins, #13-A-4944
Sullivan Correctional Facility
325 Riverside Drive
PO Box 116
Fallsburg, NY 12733-0116

Dear Mr. Collins:

This is to acknowledge receipt of your correspondence dated February 24, 2014.

Please be advised that DSR-12901-13, alleging staff misconduct, is pending a CORC disposition. Further, you are advised that you may write directly to the Inspector General.

Directive #4040 provides inmates with an orderly, fair, simple and expeditious method of resolving grievances pursuant to the Correction Law. The Directive makes no provision for an inmate to refer grievances directly to Central Office.

Sincerely,

Karen Bellamy
Director
Inmate Grievance Program

KRB:tll

cc: Supt. Patrick Griffin, Sullivan C.F.
    Supv. Gary Ter Bush, Sullivan C.F. (w/attachment)

Nathaniel Collins 13-A-4944
Sullivan C.F.
P.O. Box 116
Fallsburg, New York 12733. (FOIL # 14-0165)

Central Office Review Committee
The Harriman State Campus Building #2
1220 Washington Ave.
Albany, New York 12226

Feb. 24, 2014

RE: What's the status on my F.O.I.L./Grievance for All Photo's I.G. Reports Outside Medical Documents from I.G. And Grievance from CORC
Grievance # 1)SR 12,901-1

Dear C.O.R.C (Supv)

I'm writing to you in this serious matter in which I was assulted by staff on 11/12/13 at Downstate C.F. I've filed an grievance # 1)SR 12,901-13 in Nov-Dec 2013 appeal to Superintendent at State C.F. to be sent to the office on the grievance stated I.G. is investigating no response I want to know what's the status Because I was in a wheel chair I have a cast on for 4 month how does the officer loose my grievance and I want I.G. to come see me very important a great wrong was done Medical Report will not lie

cc: Lawyer
cc: File

Nathaniel R. Collins 13-A-4944
Sullivan C.F.
P.O. Box 116
Fallsburg, New York 12733

Inspector General
Internal Affairs Unit
1220 Washington Ave
State Campus Building #2
Albany, New York 12226

March 24, 2014

RE: I was assulted By Staff
On 11/12/13 Again Come to see me
Once I need to know what's
going On (I'm in Pain)

To whom it may concern

I'm writing to you in this Serious Matter in which I was Assulted By Staff at Downstate C.F. On 11/12/13 I've submitted a Greivance #DSF 12,901-13 and I was and still waiting I was Informed it an On going Investigation But No One has Come to speak to me Only Once Now I've been in the Hospital for 10 Day's Downstate C.F. Infirmary 10 Day's My Right Wrist is Broken Cast On for 4 Month. Now I will need Surgery These officers was wrong I want to press Charges against them all "Now" I'm Requesting that Some One Come Let me Know what's going On I want my Response From C.O.R.C. officer as well A Great wrong was Done Medical Reports do not lie (Waiting)

Nathaniel R. Collins 13-A-4944
Sullivan C.F.
P.O. Box 116
Fallsburg, New York 12733

Inspector General
Dept of Bureau of Labor Relations
1220 Washington Ave
State Campus Bldg. #2
Albany, New York 12226

March 24, 2014

RE: I was Assulted By Staff
On 11/12/13 at Downstate C.F. Against
Came to See Me Once I need to know
What's going On (I'm in Pain)

To: Whom it may Concern

I'm writing to you in the Serious Matter in which I was Assulted By Staff at Downstate C.F. On 11/12/13, I have a Broken wrist Been in the Hospital for 8 days, In Ferny for 10 day Outside Hospital as well Now I have a Cast On for 4 Month. Now I want to File Criminal Charges Against Those officers that has done this To Me, Requesting to speak to Someone As Soon As Possible What was done to Me Must Not Go Unpunisht.

Medical Records Photos I do not Lie

CC: Lawyer
CC: File
CC: Facebook U Tube

Nathaniel Collins 13-A-4944
Sullivan C.F.
P.O. Box 116
Fallsburg, New York 12733

1) Downstate C.F.
F.O.I.L. Officer (Supv)
Box F Redschoolhouse Rd.
Fishkill, NY. 12524

March 3, 2014
Re: F.O.I.L. For
U.I. Report to and from
Photos all Documents
~~Fred~~ 11/12/13 - 11/19/13

To: Whom it May Concern I'm writing to you in This Serious Matter under F.O.I.L. for U.I.-Report for Ms. Before Report On 11/12/13 at 7:45 Pm at Downstate C.F. again I'm Requesting All Documents which exists in the Case U.I. Reports on the said Date and time Because it does not take them long to forward these Documents Requesting under F.O.I.L to obtain these Request.

cc. Lawyer
cc: File
cc: Family

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____
4. Name of Judge assigned to your case _____
5. Approximate date of filing lawsuit _____
6. Is the case still pending?  Yes ____  No ____
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
   Yes ✓  No ____

[On other claims]

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff __Nathaniel Collins__

Defendants __C.O. Cunningham etl__

2. Court (if federal court, name the district; if state court, name the county) __US.D.C. Western Dist of NY__

3. Docket or Index number __06 CV 00 420 LGF__
4. Name of Judge assigned to your case __Hon Leslie G. Foschio__
5. Approximate date of filing lawsuit __6/27/06__
6. Is the case still pending?  Yes ____  No _X_
   If NO, give the approximate date of disposition _____
7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) __Is Missed (settlement)__

6

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 23 day of Febuary, 2014.

Signature of Plaintiff: _Nathaniel R. Collis_
Inmate Number: 13-A-4944
Institution Address: Sullivan C.F.
P.O. Box 116
Falls Burg, N.Y.
12733

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 23 day of Febuary, 2014, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _Nathaniel R. Collis_

7

Rev. 05/2010