PRO SE INTAKE UNIT
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

RECEIVED JAN 21 2015 PRO SE OFFICE

Nathaniel R. Collins

against

C.O. Toldservick, A.L.

Case # 14-CV-4533 (KMK)

Document: Letter

Your Honnor: Kenneth Karas, U.S. District Judge I'm writing to you in this serious matter in which I was in the Hospital Sir and Having Surgery 1/22/15 on my Ankle and whilst I'm asking the Court to please go forth with my case my change of address is in closed to the Pro Se Office my case manager did not forward my mail to my new address and paper work to Pro Se Office was lost is not complied by the Court Rules. Sir case manager at the Shelter did not forward my mail I came to Pro Se Office in Person to make sure of my new address. I was in contact with A.G. Hospital as well of my address submitted