PRO SE INTAKE UNIT
United States District Court
Southern District of New York
U.S. Courthouse - 500 Pearl Street
New York, N.Y. 10007

**MEMO ENDORSED**

RECEIVED JAN 27 2015 PRO SE OFFICE

Nathaniel R. Collins

against

C.O. Fotheringham et al.

Case # 14-CV-4533 (KMK)

Document: Letter

*In light of this submission, the Court's order of 1/22/15 closing this case is Vacated. The Clerk is asked to re-open this case. So ordered.*
*1/26/15*

Your Honnor: Kenneth Karas U.S.D. Judge
I'm writing to you in this serious matter in which I was in the Hospital Sir And Having Surgery 1/22/15 on my Ankle And whist I'd ask the Court to Please go forth with my case My Change of Address is enclosed to the Pro Se office. My Case Manager did not forward my mail to my new address And paper work to Pro Se office was lost is just coupled by the Court Rules. See Case Manager at the Shelter did not forward my mail I came to Pro Se office in Person to make Sure of my new address. I was in contact with A.G. Hogle as well my address submitted

USDC'S DOCUMENT ELECTRONICALLY FILED DOC #:

PRO SE OFFICE
# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET, ROOM 230
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

Date: 1/21/15

Re: Nathaniel Collins v. C.O. Toldvick, No. 14 Civ. 4533 (KMK)

Dear Litigant:

A review of the Court's records reveals that you are located at 588 E. 181 st Bronx, New York. It appears, however, that you may have a new location at 10457 # 10d. Please be advised that it is the responsibility of the parties to notify the Court as to any change in contact information. If you have a change of address, you must immediately notify the Court even if the change in your address is temporary. If your adversary has already been served with a copy of the summons and complaint you should also notify them. Please provide the information requested below and either return this letter to the Court, or complete and return the enclosed pre-paid postcard, if your location is no longer _____.

_____

Please note that my change of address, which is effective as of: December 31, 2014 (Date)
I have notified the other parties to my action.

Case Caption: Nathaniel Collins v. C.O. Toldvick

Docket #: 14 Civ. 4533 (KMK)( )

Name: Nathaniel Collins

I.D.#: _____

Address: 588 E 181 st
Bronx, New York
10457 # 10d

Signature: [signed]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/15

Rev. 05/10