UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
LESLIEANN MANNING,

                        Plaintiff,                              15-CV-00003 (KMK)

        v.

PATRICK GRIFFIN, et al.                          **NOTICE OF APPEARANCE**

                      Defendants.
-------------------------------------------------------X

      Please take notice that the undersigned attorney, duly admitted to practice in this Court, represents defendants Patrick Griffin, Mark Royce and Peter Cohen in this action. Please direct all further correspondence and/or electronic notices to the undersigned.

Dated:  New York, New York
          February 26, 2015

                                              /s *Maria B. Hartofilis*
                                        _____
                                        MARIA B. HARTOFILIS
                                        Assistant Attorney General
                                        120 Broadway, 24th Floor
                                        New York, NY  10271
                                        (212) 416-6295
                                        Maria.Hartofilis@ag.ny.gov